40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1897. IN RE DISBARMENT OF HANTMAN. H. Roger Hantman, of Bayport, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1898. IN RE DISBARMENT OF POREDA. Benjamin A. Poreda, of Trenton, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1899. IN RE DISBARMENT OF GAMMONS. Mark E. Gammons, of Rocky River, Ohio, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1900. IN RE DISBARMENT OF BARRERA. Alfonso Barrera, Jr., of Henderson, Nev., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1901. IN RE DISBARMENT OF AZORSKY. Morley M. Azorsky, of California, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1902. IN RE DISBARMENT OF GARDNER. Timothy Martin Gardner, of Clayton, Mo., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1903. IN RE DISBARMENT OF FISHER. Bradley J. Fisher, of Springfield, Mo., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.